B 2100A (Form 2100A) (12/15)

# UNITED STATES BANKRUPTCY COURT

Southern District of Indiana

In re Mary Joanne Littlejohn; aka Mary Jo Littlejohn; fka Mary Joanne Brown; fka Mary Joanne Frye; dka Mary Joanne Bray

Case No. 17-03305-JMC-13

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| U.S. Bank Trust National Association, as Trustee of the Lodge Series III Trust | U.S. Bank Trust National Association, as Trustee of Chalet Series III Trust |
|---|---|
| Name of Transferee | Name of Transferor |

Name and Address where notices to transferee should be sent:
  c/o SN Servicing Corporation
  323 Fifth Street
  Eureka, CA 95501
Phone: 800.603.0836
Last Four Digits of Acct #: 6899

Court Claim # (if known): 6-1
Amount of Claim: $164,500.35
Date Claim Filed: 09/05/2017

Phone: _____
Last Four Digits of Acct. #: 6899

Name and Address where transferee payments should be sent (if different from above):
  SN Servicing Corporation
  PO Box 660820
  Dallas, TX 75266
Phone: 800.603.0836
Last Four Digits of Acct #: 6899

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: /s/ Molly Slutsky Simons      Date: 05/08/2019
    Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.