| Fill in this information to identify the case: | |
|---|---|
| Debtor 1 | Mary Joanne Littlejohn, aka Mary Jo Littlejohn, fka Mary Joanne Brown, fka Mary Joanne Frye, fka Mary Joanne Bray |
| Debtor 2 (Spouse, if filing) | |
| United States Bankruptcy Court for the: | Southern District of Indiana |
| Case number | 17-03305-JMC-13 |

Official Form 410S1

# Notice of Mortgage Payment Change 12/15

If the debtor's plan provides for payment of postpetition contractual installments on your claim secured by a security interest in the debtor's principal residence, you must use this form to give notice of any changes in the installment payment amount. File this form as a supplement to your proof of claim at least 21 days before the new payment amount is due. See Bankruptcy Rule 3002.1.

**Name of creditor:** U.S. Bank Trust National Association as Trustee of Lodge Series III Trust

**Court claim no.** (if known): 6-1

**Last 4 digits** of any number you use to identify the debtor's account: 6 8 9 9

**Date of payment change:**
Must be at least 21 days after date of this notice: 06/01/2019

**New total payment:** $ 1,107.12
Principal, interest, and escrow, if any

## Part 1: Escrow Account Payment Adjustment

1. Will there be a change in the debtor's escrow account payment?

   ☑ No
   ☐ Yes. Attach a copy of the escrow account statement prepared in a form consistent with applicable nonbankruptcy law. Describe the basis for the change. If a statement is not attached, explain why: _____

   Current escrow payment: $ _____     New escrow payment: $ _____

## Part 2: Mortgage Payment Adjustment

2. Will the debtor's principal and interest payment change based on an adjustment to the interest rate on the debtor's variable-rate account?

   ☐ No
   ☑ Yes. Attach a copy of the rate change notice prepared in a form consistent with applicable nonbankruptcy law. If a notice is not attached, explain why: _____

   Current interest rate: 4.125 %     New interest rate: 5.375 %
   Current principal and interest payment: $ 478.01     New principal and interest payment: $ 935.55

## Part 3: Other Payment Change

3. Will there be a change in the debtor's mortgage payment for a reason not listed above?

   ☑ No
   ☐ Yes. Attach a copy of any documents describing the basis for the change, such as a repayment plan or loan modification agreement.
   (Court approval may be required before the payment change can take effect.)

   Reason for change: _____
   Current mortgage payment: $ _____     New mortgage payment: $ _____

Official Form 410S1                Notice of Mortgage Payment Change                page 1

| Debtor 1 | Mary Joanne Littlejohn | Case number (if known) 17-03305-JMC-13 |
|---|---|---|
| | First Name   Middle Name   Last Name | |

## Part 4: Sign Here

The person completing this Notice must sign it. Sign and print your name and your title, if any, and state your address and telephone number.

*Check the appropriate box.*

☐ I am the creditor.

☒ I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.**

✖ /s/ Molly Slutsky Simons
Signature

Date 05/08/2019

Print: Molly Slutsky Simons
First Name   Middle Name   Last Name

Title Attorney for Creditor

Company Sottile & Barile, Attorneys at Law

Address P.O. Box 476
Number   Street

Loveland   OH   45140
City   State   ZIP Code

Contact phone 513-444-4100

Email bankruptcy@sottileandbarile.com



**323 5TH STREET (95501)**
P.O. BOX 35
**EUREKA, CA  95502**
**800-603-0836**
**FAX (707) 443-1562**
**8:00 a.m. - 5:00 p.m.  PST**
**Main Office NMLS #5985**
**Branch Office NMLS #9785**

APRIL 29, 2019

MARY J LITTLEJOHN
5444 W BEDROCK  RD
BLOOMINGTON, IN 47403

**Para información en español llame al (800) 603-0836 ext 2643 o ext 2660**

*YOU ARE HEREBY NOTIFIED THAT SN SERVICINGCORPORATION, ITS EMPLOYEES, AGENTS AND ATTORNEYS ARE ATTEMPTING TO COLLECT THIS DEBT.  ANY INFORMATION THAT WE OBTAIN WILL BE USED FOR THAT PURPOSE. IF YOU HAVE PREVIOUSLY RECEIVED A DISCHARGE IN BANKRUPTCY AND THIS DEBT WAS NOT REAFFIRMED, THIS CORRESPONDENCE IS NOT AND SHOULD NOT BE CONSTRUED TO BE AN ATTEMPT TO COLLECT SUCH A DEBT AS YOUR PERSONAL LIABILITY, BUT IS INSTEAD A STEP IN THE ENFORCEMENT OF A MORTGAGE LIEN AGAINST YOUR PROPERTY.*

Loan ID: 
PROPER            44 WEST BEDROCK ROAD; BLOOMINGTON, IN 47403

## NOTICE OF NEW PAYMENT ADJUSTMENT

SN Servicing has performed a review on your loan and in accordance with the terms of your Original ARM Note, your recent ARM Adjustment Notice dated December 20, 2018 has changed. Your loan is converting from Interest Only to Principal & Interest.

Effective with the June 01, 2019 payment, your new principal & interest payment is $935.55 and the interest rate is 5.3750% which is based on an amortizing UPB of $148,028.85 over 276 months and will continue to adjust in accordance with the terms of the Original ARM Note.

Please continue to mail your payments as specified in your billing statement.  If you have any questions about this notice, you can contact us at the number below.

SN Servicing Corporation
Toll Free:  (800) 603-0836

# UNITED STATES BANKRUPTCY COURT
# SOUTHERN DISTRICT OF INDIANA
# INDIANAPOLIS DIVISION

In Re:                                           Case No. 17-03305-JMC-13

Mary Joanne Littlejohn
  *aka* Mary Jo Littlejohn
  *fka* Mary Joanne Brown               Chapter 13
  *fka* Mary Joanne Frye
  *fka* Mary Joanne Bray

Debtor.                                     Judge James M. Carr

## CERTIFICATE OF SERVICE

I certify that on May 8, 2019, a copy of the foregoing Notice of Mortgage Payment Change was filed electronically. Notice of this filing will be sent to the following party/parties through the Court's ECF System. Party/parties may access this filing through the Court's system:

    Joseph A. Ross, Debtor's Counsel
    rossfiling@RossLawOffice.com

    Ann M. DeLaney, Trustee
    ECFdelaney@trustee13.com

    Office of the U.S. Trustee
    ustpregion10.in.ecf@usdoj.gov

I further certify that on May 8, 2019, a copy of the foregoing Notice of Mortgage Payment Change was mailed by first-class U.S. Mail, postage prepaid and properly addressed to the following:

Mary Joanne Littlejohn, Debtor
5444 West Bedrock Road
Bloomington, IN 47403

                                              Respectfully Submitted,

                                              /s/ Molly Slutsky Simons
                                              Molly Slutsky Simons (OH 0083702)
                                              Sottile & Barile, Attorneys at Law
                                              P.O. Box 476
                                              Loveland, OH 45140
                                              Phone: 513.444.4100
                                              Email: bankruptcy@sottileandbarile.com
                                              Attorney for Creditor