**Fill in this information to identify the case:**

Debtor 1: Mary Joanne Littlejohn; aka Mary Jo Littlejohn; fka Mary Joanne Brown; fka Mary Joanne Frye; fka Mary Joanne Bray

Debtor 2 (Spouse, if filing): 

United States Bankruptcy Court for the: Southern District of Indiana

Case number: 17-03305-JMC-13

## Official Form 410S1
# Notice of Mortgage Payment Change                    12/15

If the debtor's plan provides for payment of postpetition contractual installments on your claim secured by a security interest in the debtor's principal residence, you must use this form to give notice of any changes in the installment payment amount. File this form as a supplement to your proof of claim at least 21 days before the new payment amount is due. See Bankruptcy Rule 3002.1.

**Name of creditor:** U.S. Bank Trust National Association, as Trustee of the Lodge Series III Trust

**Court claim no.** (if known): 6-1

**Last 4 digits** of any number you use to identify the debtor's account: 6 8 9 9

**Date of payment change:** Must be at least 21 days after date of this notice: 02/01/2020

**New total payment:** Principal, interest, and escrow, if any: $ 1,269.47

### Part 1: Escrow Account Payment Adjustment

1. Will there be a change in the debtor's escrow account payment?
   - ☑ No
   - ☐ Yes. Attach a copy of the escrow account statement prepared in a form consistent with applicable nonbankruptcy law. Describe the basis for the change. If a statement is not attached, explain why: _____

   Current escrow payment: $ _____     New escrow payment: $ _____

### Part 2: Mortgage Payment Adjustment

2. Will the debtor's principal and interest payment change based on an adjustment to the interest rate on the debtor's variable-rate account?
   - ☐ No
   - ☑ Yes. Attach a copy of the rate change notice prepared in a form consistent with applicable nonbankruptcy law. If a notice is not attached, explain why: _____

   Current interest rate: 5.375 %     New interest rate: 4.250 %

   Current principal and interest payment: $ 927.96     New principal and interest payment: $ 1,031.40

### Part 3: Other Payment Change

3. Will there be a change in the debtor's mortgage payment for a reason not listed above?
   - ☑ No
   - ☐ Yes. Attach a copy of any documents describing the basis for the change, such as a repayment plan or loan modification agreement. (Court approval may be required before the payment change can take effect.)

   Reason for change: _____

   Current mortgage payment: $ _____     New mortgage payment: $ _____

Official Form 410S1                   Notice of Mortgage Payment Change                   page 1

Debtor 1 **Mary Joanne Littlejohn**
First Name    Middle Name    Last Name

Case number *(if known)* **17-03305-JMC-13**

## Part 4: Sign Here

The person completing this Notice must sign it. Sign and print your name and your title, if any, and state your address and telephone number.

*Check the appropriate box.*

☐ I am the creditor.

☒ I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.**

✘ /s/ Molly Slutsky Simons
Signature

Date 11/26/2019

Print: **Molly Slutsky Simons**
First Name    Middle Name    Last Name

Title **Attorney for Creditor**

Company **Sottile & Barile, Attorneys at Law**

Address **394 Wards Corner Road, Suite 180**
Number    Street

**Loveland**        **OH**    **45140**
City            State    ZIP Code

Contact phone **513-444-4100**

Email **bankruptcy@sottileandbarile.com**

Official Form 410S1        Notice of Mortgage Payment Change        page **2**

**SN SERVICING CORPORATION**
323 FIFTH STREET
EUREKA CA  95501

(800) 603-0836
Para Español, Ext. 2660, 2643 o 2772
8:00 a.m. - 5:00 p.m. Pacific Time
Main Office NMLS #5985
Branch Office NMLS #9785

MARY J LITTLEJOHN
5444 W BEDROCK RD
BLOOMINGTON IN  47403

November 19, 2019

**RE: Loan Number**

## Subsequent Interest Rate Adjustment Notice

THIS COMMUNICATION IS FROM A DEBT COLLECTOR. SN SERVICING CORPORATION, THEIR EMPLOYEES, AGENTS AND ATTORNEYS ARE ATTEMPTING TO COLLECT A DEBT. ANY INFORMATION OBTAINED BY US WILL BE USED FOR THAT PURPOSE.  TO THE EXTENT THAT YOU MAY HAVE RECEIVED A DISCHARGE IN BANKRUPTCY THIS COMMUNICATION SHOULD NOT BE CONSTRUED AS INTENT TO SUBJECT YOU TO PERSONAL LIABILITY FOR THE DISCHARGED DEBT.

### Changes to Your Mortgage Interest Rate and Payments on January 1, 2020

Under the terms of your Adjustable-Rate Mortgage (ARM), you had a one-year period during which your interest rate stayed the same. That period ends on January 1, 2020, so on that date your interest rate and mortgage payment change. After that, your interest rate may change annually for the rest of your loan term.

|  | **Current** Rate and Monthly Payment | **New** Rate and Monthly Payment |
|---|---|---|
| Interest Rate | 5.375% | 4.25% |
| **Total Monthly Payment** | $1,166.03 | $1,269.47 (due February 1, 2020) |

**IMPORTANT:** To the extent your original obligation was discharged, or is subject to an automatic stay of bankruptcy under Title 11 of the United States Code, this statement is for compliance and/or informational purposes only and does not constitute an attempt to collect a debt or to impose personal liability for such obligation. However, Creditor retains rights under its security instrument, including the right to foreclose its lien.
**Interest Rate:** We calculated your interest rate by taking a published "index rate" and adding a certain number of percentage points, called the "margin." Under your loan agreement, your index rate is the WSJ 1 yr LIBOR and your margin is 2.25%. The WSJ 1 yr LIBOR index is published Daily in The Wall Street Journal. The index rate plus margin will be rounded to the nearest 0.125%.
**Rate Limits:** Your rate cannot go higher than 8.125%, or lower than 2.25% over the life of the loan. Your rate can increase annually by no more than 2.00%. Your rate can decrease annually by no more than 2.00%.
**New Interest Rate and Monthly Payment:** The table above shows your new interest rate and new monthly payment. These amounts are based on the WSJ 1 yr LIBOR index, your margin, your loan balance of 143,504.50, and your remaining loan term o 192 months.
**Prepayment Penalty:** None
Please continue to mail your payments as previously directed.  The title and telephone number of a person who will answer any question you may have regarding this notice is:

Name:  Tracie Barnes
Title: Asset Manager
Toll Free Number: (800) 603-0836,  ext: 2647

*If your account is not contractually current, the new payment amount will not go into effect until your loan is due for 02/01/2020.

**The index value used is the published value, as of the effective date stated on your Note, in the printed edition of the Wall Street Journal.

# UNITED STATES BANKRUPTCY COURT
# SOUTHERN DISTRICT OF INDIANA
# INDIANAPOLIS DIVISION

| | |
|---|---|
| In Re: | Case No. 17-03305-JMC-13 |
| Mary Joanne Littlejohn<br>  *aka* Mary Jo Littlejohn<br>  *fka* Mary Joanne Brown<br>  *fka* Mary Joanne Frye<br>  *fka* Mary Joanne Bray | Chapter 13 |
| Debtor. | Judge James M. Carr |

## CERTIFICATE OF SERVICE

I certify that on November 26, 2019, a copy of the foregoing Notice of Mortgage Payment Change was filed electronically. Notice of this filing will be sent to the following party/parties through the Court's ECF System. Party/parties may access this filing through the Court's system:

    Joseph A. Ross, Debtor's Counsel
    rossfiling@rosslawoffice.com

    Ann M. DeLaney, Chapter 13 Trustee
    ecfdelaney@trustee13.com

    Office of the U.S. Trustee
    ustpregion10.in.ecf@usdoj.gov

I further certify that on November 26, 2019, a copy of the foregoing Notice of Mortgage Payment Change was mailed by first-class U.S. Mail, postage prepaid and properly addressed to the following:

    Mary Joanne Littlejohn, Debtor
    5444 West Bedrock Road
    Bloomington, IN 47403

                                                                                                Respectfully Submitted,

                                                                                               /s/ Molly Slutsky Simons
                                                               Molly Slutsky Simons (OH 0083702)
                                                               Sottile & Barile, Attorneys at Law
                                                              394 Wards Corner Road, Suite 180
                                                               Loveland, OH 45140
                                                               Phone: 513.444.4100
                                                               Email: bankruptcy@sottileandbarile.com
                                                               Attorney for Creditor